DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAN ALLEN HUSSAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2446

[February 13, 2020]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562014CF000857A.

William R. Ponall of Ponall Law, Maitland, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***